# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
## EASTERN **DIVISION**

| | | | |
|---|---|---|---|
| In re: | § | | |
| | § | | |
| RACILA, MARIANNE | § | Case No. 08-29727 | |
| | § | | |
| Debtor(s) | § | | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> Kenneth Gardner
> U.S. Bankruptcy Court Clerk
> 219 South Dearborn Street- 7th Floor
> Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/22/2011 in Courtroom 682,
> United States Courthouse
> 219 South Dearborn Street
> Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: <u>Kenneth S. Gardner</u>_____
                                                            Clerk, U.S. Bankruptcy Court


*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RACILA, MARIANNE | § | Case No. 08-29727 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 99,011.99 |
| and approved disbursements of | $ | 38,690.25 |
| leaving a balance on hand of[1] | $ | 60,321.74 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 8,200.60 | $ 0.00 | $ 8,200.60 |
| Trustee Expenses: Phillip D. Levey | $ 158.60 | $ 0.00 | $ 158.60 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 18,945.00 | $ 0.00 | $ 18,945.00 |
| Other: International Sureties, Ltd. | $ 13.71 | $ 13.71 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 27,304.20 |
| Remaining Balance | $ | 33,017.54 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE


In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.


Allowed priority claims are:


NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment
less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).


Timely claims of general (unsecured) creditors totaling $ 149,656.92  have been allowed and
will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The
timely allowed general (unsecured) dividend is anticipated to be 22.1  percent, plus interest (if
applicable).


Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | TARGET NATIONAL BANK C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | $ 2,866.21 | $ 0.00 | $ 632.35 |
| 000002 | Dell Financial Services, LLC c/o Resurgent Capital Services P.O. Box 10390 Greenville, SC 29603-0390 | $ 2,016.96 | $ 0.00 | $ 444.98 |
| 000003 | Discover Bank/DFS Services LLC P.O. Box 3025 New Albany, OH 43054-3025 | $ 10,790.43 | $ 0.00 | $ 2,380.60 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Discover Bank/DFS Services LLC<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | $ 3,877.39 | $ 0.00 | $ 855.44 |
| 000005 | PYOD LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 6,779.12 | $ 0.00 | $ 1,495.62 |
| 000006 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | $ 7,285.03 | $ 0.00 | $ 1,607.23 |
| 000007 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 1,495.51 | $ 0.00 | $ 329.94 |
| 000008 | Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | $ 185.56 | $ 0.00 | $ 40.94 |
| 000009 | WELLS FARGO BANK N.A.<br>BDD BANKRUPTCY DEPT MAC S4101-08C<br>100 W WASHINGTON ST, PHOENIX, AZ 85003 | $ 32,729.82 | $ 0.00 | $ 7,220.90 |
| 000010 | Royal Oaks Corp<br>7322 W. 90th St.<br>Bridgeview, IL 60455 | $ 154.00 | $ 0.00 | $ 33.98 |
| 000011 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ 2,539.07 | $ 0.00 | $ 560.17 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | $ 5,897.10 | $ 0.00 | $ 1,301.03 |
| 000013 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | $ 6,263.32 | $ 0.00 | $ 1,381.82 |
| 000014 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | $ 16,287.19 | $ 0.00 | $ 3,593.31 |
| 000015 | Ltd Acquisitions,LLC 7322 Southwest Freeway Suite 1600 Houston, TX 77074 | $ 5,941.00 | $ 0.00 | $ 1,310.71 |
| 000016 | Federated Financial Corp of America 30955 Northwestern Highway Farmington Hills, MI 48334-2580 | $ 20,376.69 | $ 0.00 | $ 4,495.54 |
| 000017 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | $ 24,172.52 | $ 0.00 | $ 5,332.98 |

Total to be paid to timely general unsecured creditors      $ 33,017.54

Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Marianne Racila
    Debtor

Case No. 08-29727-JBS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: dramey      Page 1 of 4      Date Rcvd: Nov 28, 2011
                    Form ID: pdf006     Total Noticed: 90

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2011.
```
db          #+Marianne Racila,   13180 Raphael,   Lemont, IL 60439-9163
12806162    +ADT Security Services,   c/o Equinox Financial Management,   2720 S. River Rd., Suite 4,
              Des Plaines, IL 60018-4109
12806170     AT&T,   404 Brock Drive,   P.O. Box 3517,   Bloomington, IL 61702-3517
12806164    +Alliant Energy,   P.O. Box 3068,   Cedar Rapids, IA 52406-3068
12806165    +American Express,   c/o Becket and Lee,   Po Box 3001,   Malvern, PA 19355-0701
13785529     American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12806167    +American Insurance Agency,   c/o Law Offices of Joel Cardis, LLC,   2006 Swede Rd. Suite 1000,
              Norristown, PA 19401-1787
12806168     Associated Cardiovascular Physician,   P.O. Box 5940,   Dept. 20 1119,
              Carol Stream, IL 60197-5940
12806169    +Associates/citibank,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
12806171    +Bac / Fleet Bankcard,   Po Box 26012,   Greensboro, NC 27420-6012
12806172    +Baker & Miller,   29 N. Wacker Dr.,   Chicago, IL 60606-2854
12806173    +Bank Of America,   Nc4-105-03-14,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8110
12806178    +Bank of America,   c/o Zwicker & Associates, P.C.,   80 Minuteman Road,   Andover, MA 01810-1008
12806176    +Bank of America,   c/o Creditors Interchange,   80 Holtz Drive,   Buffalo, NY 14225-1470
12806175    +Bank of America,   c/o West Asset Management,   7171 Mercy Rd.,   Omaha, NE 68106-2620
13665699    +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
12806179    +Capital One,   c/o Phillips & Cohen Associates,   258 Chapman Rd., Suite 205,
              Newark, DE 19702-5444
12806180    +Carolina Environmental,   107 New Edition Court,   Cary, NC 27511-4450
12806181    +Chase - Cc,   Attention: Banktrupcy Department,   Po Box 15298,   Wilmintgon, DE 19850-5298
13642393     Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
13682600    +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,
              Dallas, TX 75374-0933
12806182     Circuit City,   Associated Recovery Systems,   P.O. Box 469046,   Escondido, CA 92046-9046
12806183    +Colant Landscaping,   12610 W. 111th St.,   Lemont, IL 60439-9327
12806184    +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,   Po Box 5170,
              Simi Valley, CA 93062-5170
12806186   ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,   Attn: Bankruptcy Dept.,   12234 North Ih 35,
              Austin, TX 78753)
12806185    +Dell,   P.O. Box 6403,   Carol Stream, IL 60116-0001
12806189    +EMSL Analytical, Inc.,   c/o GB Collects, LLC,   443 Commerce Lane Suite 2,
              West Berlin, NJ 08091-9209
12806191    +ERI Financial Services,   Department #6129,   P.O. Box 1259,   Oaks, PA 19456-1259
12806190    +Environmental Assessment Group, Inc,   13180 Raphael,   Lemont, IL 60439-9163
12806194     FIA Card Services,   15026,   Wilmington, DE 19850-5026
12806192    +Federated Fin Corp Of,   30955 Northwestern Hwy,   Farmington Hills, MI 48334-2589
13841182    +Federated Financial Corp of America,   30955 Northwestern Highway,
              Farmington Hills, MI 48334-2589
12806195    +Fia Csna,   Po Box 26012,   Nc4-105-02-77,   Greensboro, NC 27420-6012
12806196    +Financial Assistance,   Po Box 7148,   Bellevue, WA 98008-1148
12806197     First Equity Card,   c/o ARSI,   P.O. Box 1025,   Thousand Oaks, CA 91358-0025
12806198    +Frederick J. Hanna & Assoc.,   1427 Roswell Rd.,   Marietta, GA 30062-3668
12806199    +G M A C,   2740 Arthur St,   Roseville, MN 55113-1303
12806200     Gecap Financial,   Risk Support Ge Corp Payment,   Salt Lake, UT 84123
12806201    +Grants Appl,   P.o. Box 94498,   Las Vegas, NV 89193-4498
12806202    +Green Point Savings,   Po Box 84013,   Columbus, GA 31908-4013
12806203    +HFC,   c/o West Asset Management,   7171 Mercy Rd.,   Omaha, NE 68106-2620
12806204     High Technology, Inc.,   Slot 30236,   P.O. Box 66973,   Chicago, IL 60666-0973
12806205     Home Depot,   P.O. Box 68900,   Des Moines, IA 50368
12806206    +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
12806207    +IEMA,   Attn: Greg Stuckley,   1035 Outer Park Drive,   Springfield, IL 62704-4480
12806208    +Illinois Collection Se,   8231 W. 185th St. Ste. 100,   Tinley Park, IL 60487-9356
12806209    +Intermed Oncology Associates, S.C.,   17901 Governors Hwy #106,   Homewood, IL 60430-1195
12806211    +JoAnn Racilla,   4942 S. LeClaire,   Chicago, IL 60638-2144
12806214   +++Ltd Acquisitions,LLC,   7322 Southwest Freeway,   Suite 1600,   Houston, TX 77074-2053
12806215    +Mary Maka,   5624 S. Pulaski,   Chicago, IL 60629-4420
12806216     Morgan Management Crystal Lake Camp,   P.O. Box 155,   Lodi, WI 53555
12806217    +Morgan Management Crystal Lake Camp,   N. 550 Gannon Road,   Lodi, WI 53555-9787
12806220    +NCO Financial System, Inc.,   507 Prudential Road,   Horsham, PA 19044-2368
12806221    +NCO Financial Systems, Inc.,   1804 Washington Blvd.,   Mailstop 450 - Dept. 03,
              Baltimore, MD 21230-1700
12806219     Nationwide Credit, Inc.,   2015 Vaughn Rd. NW,   Building 400,   Canton, GA 30114-7801
12806222     NetZero,   c/o United Online Collections Div.,   P.O. Box 5006-BD,
              Woodland Hills, CA 91365-9637
12806224    +Northwestern Medical Faculty Found.,   38693 Eagle Way,   Chicago, IL 60678-1386
12806225     Palos Anesthesia Associates, Ltd.,   c/o Medical Business Bureau,   P.O. Box 1219,
              Park Ridge, IL 60068-7219
12806226    +Palos Community Hospital,   12251 S. 80th Avenue,   Palos Heights, IL 60463-0930
```

```
District/off: 0752-1          User: dramey          Page 2 of 4          Date Rcvd: Nov 28, 2011
                             Form ID: pdf006         Total Noticed: 90
```

```
12806227      +Palos Emergency Medical Services,   9944 South Roberts Road,   Suite 204,
               Palos Hills, IL 60465-1558
12806228       Palos Pathology Associates, Ltd.,   c/o OSI COllection Services, Inc.,   P.O. Box 959,
               Brookfield, WI 53008-0959
12806229      +Palos Pathology Associates, Ltd.,   520 E. 22nd St.,   Lombard, IL 60148-6110
12806230      +Pulmonary and Critical Care,   700 E. Ogden Ave. #205,   Westmont, IL 60559-1296
12806232       Quest Diagnostics,   P.O. Box 64804,   Baltimore, MD 21264-4804
12806233       Radiology and Nuclear Consultants,   7808 College Dr. 1SE,   Palos Heights, IL 60463-1095
12806234      +Royal Oaks Corp,   7322 W. 90th St.,   Bridgeview, IL 60455-2120
12806236      +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
12806237      +Southwest Infectious Disease,   c/o KLO Professional Billing,   777 Oakmont Lane, Suite 1600,
               Westmont, IL 60559-5577
13513485      +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12806238      +Tnb-visa,   Po Box 9475,   Minneapolis, MN 55440-9475
12806239      +Total Water of Baraboo,   1501 Lake Street,   Baraboo, WI 53913-3079
12806240      +US Bank,   c/o Messerli & Kramer, P.A.,   3033 Campus Dr. #250,   Minneapolis, MN 55441-2662
13687105       WELLS FARGO BANK N.A.,   BDD BANKRUPTCY DEPT MAC S4101-08C,
               100 W WASHINGTON ST, PHOENIX, AZ 85003
12806242      +Wells Fargo,   c/o Baker, Miller, Markoff & Krasny,   29 N. Wacker Drive - 5th floor,
               Chicago, IL 60606-2851
12806243      +Zwicker & Associates, P.C.,   80 Minuteman Road,   Andover, MA 01810-1008
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12806163       E-mail/Text: bkr@cardworks.com Nov 29 2011 03:14:52     Advanta,   Legal Recovery Group,
               P.O. Box 844,   Spring House, PA 19477-0844
13532954       E-mail/Text: resurgentbknotifications@resurgent.com Nov 29 2011 03:13:05
               Dell Financial Services, LLC,   c/o Resurgent Capital Services,   P.O. Box 10390,
               Greenville, SC 29603-0390
12806188       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 29 2011 04:33:55     Discover Financial Services,
               P.O. Box 3008,   New Albany, OH 43054-3008
13578823       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 29 2011 04:33:55
               Discover Bank/DFS Services LLC,   P.O. Box 3025,   New Albany, OH 43054-3025
12806187      +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 29 2011 04:33:55     Discover Financial,
               Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
13801020       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 29 2011 04:30:52
               FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
12806210      +E-mail/PDF: gecsedi@recoverycorp.com Nov 29 2011 04:35:44     JC Penney,
               Attention: Bankruptcy Department,   Po Box 103106,   Roswell, GA 30076-9106
12806212      +E-mail/PDF: cr-bankruptcy@kohls.com Nov 29 2011 04:35:27     Kohls,   Attn: Recovery,
               Po Box 3120,   Milwaukee, WI 53201-3120
12806213       E-mail/Text: info@jawpc.net Nov 29 2011 03:16:01     Law Office of James A. West,
               11111 Harwin Drive,   Houston, TX 77072-1612
12806218       E-mail/Text: BKRMailOps@weltman.com Nov 29 2011 03:16:29     National City,
               c/o Weltman, Weinberg & Reis,   323 W. Lakeside Ave, Ste 200,   Cleveland, OH 44113-1099
12806223      +E-mail/Text: bankrup@nicor.com Nov 29 2011 03:13:24     Nicor Gas,
               Attention: Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
13596493       E-mail/Text: resurgentbknotifications@resurgent.com Nov 29 2011 03:13:05
               PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
12806231      +E-mail/Text: BKRPT@RETRIEVALMASTERS.COM Nov 29 2011 03:14:02     Quest Diagnostic,
               c/o American Medical Collection,   2269 S. Saw Mill River Road, Bldg 3,
               Elmsford, NY 10523-3848
12806166       E-mail/PDF: cbp@slfs.com Nov 29 2011 04:32:19     American General Financial,
               1701 N. Larkin Ave.,   Suite 503,   Crest Hill, IL 60403-1883
12806235       E-mail/PDF: pa_dc_claims@salliemae.com Nov 29 2011 04:36:09     Sallie Mae,   P.O. Box 9532,
               Wilkes Barre, PA 18773-9532
                                                                              TOTAL: 15
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12806193    FIA Card Services,   Attn: Estate Dept.,   1000 Samoset Dr.,   DE 19844
12806174   ##Bank of America,   P.O. Box 15184,   Wilmington, DE 19850-5184
12806177   ##Bank of America,   c/o FIA Card Services,   P.O. Box 15137,   Wilmington, DE 19850-5137
12806241   ##+Wells Fargo,   P.O. Box 98796,   Las Vegas, NV 89193-8796
                                                               TOTALS: 1, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

District/off: 0752-1          User: dramey              Page 3 of 4              Date Rcvd: Nov 28, 2011
                              Form ID: pdf006           Total Noticed: 90

                    ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 30, 2011**                     **Signature:** _____

```
District/off: 0752-1          User: dramey          Page 4 of 4          Date Rcvd: Nov 28, 2011
                             Form ID: pdf006        Total Noticed: 90
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2011 at the address(es) listed below:
          Chester H. Foster    on behalf of Debtor Marianne Racila chf@fostersmithlaw.com,
           jbf@fostersmithlaw.com;dbf@fostersmithlaw.com
          Michael J Halpin    on behalf of Creditor  Countrywide Home Loans Servicing LP
           mhalpin@atty-pierce.com,  northerndistrict@atty-pierce.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Phillip D Levey    levey47@hotmail.com,  plevey@ecf.epiqsystems.com
                                                                        TOTAL: 4