UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Marianne Racila, | ) | Case No. 08 B 29727 |
| | ) | |
| | ) | Honorable Jack B. Schmetterer |
| Debtor. | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL

To:  See Attached Service List

    PLEASE TAKE NOTICE that the United States Trustee's **NOTICE OF FILING OF US TRUSTEE'S MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT** was filed in error and is withdrawn.

        /s/ Dean C. Harvalis
        Dean C. Harvalis,
        Assistant U.S. Trustee
        Office of the U.S. Trustee
        219 South Dearborn, Room 873
        Chicago, Illinois  60604
        (312) 886-5783

### CERTIFICATE OF SERVICE

    I, Dean C. Harvalis, Assistant U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on December 30, 2011, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on December 30, 2011.

        /s/Dean C. Harvalis

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Chester H. Foster Jr.
chf@fostersmithlaw.com

Phillip D. Levey
levey47@hotmail.com