UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

Marianne Racila,

Debtor.

Bankruptcy No. 08 B 29727

Honorable Jack B. Schmetterer

Chapter 7

NOTICE

Please take notice that the Status hearing, originally set for April 26, 2012 at 10:30 a.m., has been rescheduled to **May 31, 2012** at 10:30 a.m. in Courtroom 682.

ENTER:

Judge Jack B. Schmetterer

Dated: JAN 31 2012