# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
RACILA, MARIANNE                          §        Case No. 08-29727
                                          §
              Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
(Without deducting any secured claims)

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey _____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Countrywide Home Lending Attention: Bankruptcy SV-314B Po Box 5170 Simi Valley, CA 93062 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Countrywide Home Lending Attention: Bankruptcy SV-314B Po Box 5170 Simi Valley, CA 93062 | | | | | |
| | G M A C 2740 Arthur St Roseville, MN 55113 | | | | | |
| | Green Point Savings Po Box 84013 Columbus, GA 31908 | | | | | |
| | ORR, DAVID D. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| GREATER ILLINOIS TITLE COMPANY | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GREATER ILLINOIS TITLE COMPANY | | | | | |
| LANDMARK ENGINEERING | | | | | |
| BARSZCZEWSKA, TOMASZ & HANNA | | | | | |
| BARSZCZEWSKA, TOMASZ & HANNA | | | | | |
| ORR, DAVID D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| CENTURY 21 KMIECIK | | | | | |
| BLACKHAWK HOME SALES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Services c/o Equinox Financial Management 2720 S. River Rd., Suite 4 Des Plaines, IL 60018 | | | | | |
| | AT&T 404 Brock Drive P.O. Box 3517 Bloomington, IL 61702-3517 | | | | | |
| | Advanta Legal Recovery Group P.O. Box 844 Spring House, PA 19477-0844 | | | | | |
| | Alliant Energy P.O. Box 3068 Cedar Rapids, IA 52401 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| | American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| | American General Financial 1701 N. Larkin Ave. Suite 503 Crest Hill, IL 60403-1883 | | | | | |
| | American Insurance Agency c/o Law Offices of Joel Cardis, LLC 2006 Swede Rd. Suite 1000 Norristown, PA 19401 | | | | | |
| | Associated Cardiovascular Physician P.O. Box 5940 Dept. 20 1119 Carol Stream, IL 60197-5940 | | | | | |
| | Associates/citibank Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Bac / Fleet Bankcard Po Box 26012 Greensboro, NC 27420 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac / Fleet Bankcard Po Box 26012 Greensboro, NC 27420 | | | | | |
| | Bank Of America Nc4-105- 03-14 4161 Piedmont Pkwy Greensboro, NC 27420 | | | | | |
| | Bank Of America Nc4-105- 03-14 4161 Piedmont Pkwy Greensboro, NC 27420 | | | | | |
| | Bank of America P.O. Box 15184 Wilmington, DE 19850-5184 | | | | | |
| | Bank of America c/o Creditors Interchange 80 Holtz Drive Buffalo, NY 14225 | | | | | |
| | Bank of America c/o FIA Card Services P.O. Box 15137 Wilmington, DE 19850-5137 | | | | | |
| | Bank of America c/o FIA Card Services P.O. Box 15137 Wilmington, DE 19850-5137 | | | | | |
| | Bank of America c/o West Asset Management 7171 Mercy Rd. Omaha, NE 68101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America c/o Zwicker & Associates, P.C. 80 Minuteman Road Andover, MA 01810-1031 | | | | | |
| | Capital One c/o Phillips & Cohen Associates 258 Chapman Rd., Suite 205 Newark, DE 19702 | | | | | |
| | Carolina Environmental 107 New Edition Court Cary, NC 27511 | | | | | |
| | Chase - Cc Attention: Banktruptcy Department Po Box 15298 Wilmintgon, DE 19850 | | | | | |
| | Chase - Cc Attention: Banktruptcy Department Po Box 15298 Wilmintgon, DE 19850 | | | | | |
| | Chase - Cc Attention: Banktruptcy Department Po Box 15298 Wilmintgon, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase - Cc Attention: Banktruptcy Department Po Box 15298 Wilmintgon, DE 19850 | | | | | |
| | Circuit City Associated Recovery Systems P.O. Box 469046 Escondido, CA 92046-9046 | | | | | |
| | Colant Landscaping 12610 W. 111th St. Lemont, IL 60439 | | | | | |
| | Dell Financial Services Attn: Bankruptcy Dept. 12234 North Ih 35 Austin, TX 78753 | | | | | |
| | Dell P.O. Box 6403 Carol Stream, IL 60116 | | | | | |
| | Discover Financial Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | Discover Financial Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Financial Services P.O. Box 3008 New Albany, OH 43054-3008 | | | | | |
| | EMSL Analytical, Inc. c/o GB Collects, LLC 443 Commerce Lane Suite 2 West Berlin, NJ 08091 | | | | | |
| | ERI Financial Services Department #6129 P.O. Box 1259 Oaks, PA 19456 | | | | | |
| | FIA Card Services Attn: Estate Dept. 1000 Samoset Dr. DE 19844 | | | | | |
| | Federated Fin Corp Of 30955 Northwestern Hwy Farmington Hills, MI 48334 | | | | | |
| | Fia Csna Po Box 26012 Nc4-105-02-77 Greensboro, NC 27410 | | | | | |
| | Financial Assistance Po Box 7148 Bellevue, WA 98008 | | | | | |
| | First Equity Card c/o ARSI P.O. Box 1025 Thousand Oaks, CA 91358-0025 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gecap Financial Risk Support Ge Corp Payment Salt Lake, UT 84123 | | | | | |
| | Grants Appl P.o. Box 94498 Las Vegas, NV 89193 | | | | | |
| | HFC c/o West Asset Management 7171 Mercy Rd. Omaha, NE 68106 | | | | | |
| | High Technology, Inc. Slot 30236 P.O. Box 66973 Chicago, IL 60666-0973 | | | | | |
| | Home Depot P.O. Box 68900 Des Moines, IA 50368 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | IEMA Attn: Greg Stuckley 1035 Outer Park Drive Springfield, IL 62704-4462 | | | | | |
| | Illinois Collection Se 8231 W. 185th St. Ste. 100 Tinley Park, IL 60487 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Intermed Oncology Associates, S.C. 17901 Governors Hwy #106 Homewood, IL 60430-1145 | | | | | |
| | JC Penney Attention: Bankruptcy Department Po Box 103106 Roswell, GA 30076 | | | | | |
| | JoAnn Racilla 4942 S. LeClaire Chicago, IL 60638 | | | | | |
| | Kohls Attn: Recovery Po Box 3120 Milwaukee, WI 53201 | | | | | |
| | Law Office of James A. West 11111 Harwin Drive Houston, TX 77072-1612 | | | | | |
| | Ltd Financial Svcs Lp 7322 Southwest Fre Houston, TX 77074 | | | | | |
| | Mary Maka 5624 S. Pulaski Chicago, IL 60629 | | | | | |
| | Morgan Management Crystal Lake Camp P.O. Box 155 Lodi, WI 53555 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NCO Financial System, Inc. 507 Prudential Road Horsham, PA 19044 | | | | | |
| | NCO Financial Systems, Inc. 1804 Washington Blvd. Mailstop 450 - Dept. 03 Baltimore, MD 21230 | | | | | |
| | National City c/o Weltman, Weinberg & Reis 323 W. Lakeside Ave, Ste 200 Cleveland, OH 44113-1099 | | | | | |
| | Nationwide Credit, Inc. 2015 Vaughn Rd. NW Building 400 Canton, GA 30114-7801 | | | | | |
| | NetZero c/o United Online Collections Div. P.O. Box 5006-BD Woodland Hills, CA 91365-9637 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Palos Anesthesia Associates, Ltd. c/o Medical Business Bureau P.O. Box 1219 Park Ridge, IL 60068-7219 | | | | | |
| | Palos Community Hospital 12251 S. 80th Avenue Palos Heights, IL 60463 | | | | | |
| | Palos Community Hospital 12251 S. 80th Avenue Palos Heights, IL 60463 | | | | | |
| | Palos Emergency Medical Services 9944 South Roberts Road Suite 204 Palos Hills, IL 60465 | | | | | |
| | Palos Pathology Associates, Ltd. 520 E. 22nd St. Lombard, IL 60148 | | | | | |
| | Palos Pathology Associates, Ltd. 520 E. 22nd St. Lombard, IL 60148 | | | | | |
| | Palos Pathology Associates, Ltd. c/o OSI COllection Services, Inc. P.O. Box 959 Brookfield, WI 53008-0959 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pulmonary and Critical Care 700 E. Ogden Ave. #205 Westmont, IL 60559-1295 | | | | | |
| | Quest Diagnostic c/o American Medical Collection 2269 S. Saw Mill River Road, Bldg 3 Elmsford, NY 10523 | | | | | |
| | Quest Diagnostics P.O. Box 64804 Baltimore, MD 21264-4804 | | | | | |
| | Quest Diagnostics P.O. Box 64804 Baltimore, MD 21264-4804 | | | | | |
| | Quest Diagnostics P.O. Box 64804 Baltimore, MD 21264-4804 | | | | | |
| | Quest Diagnostics P.O. Box 64804 Baltimore, MD 21264-4804 | | | | | |
| | Quest Diagnostics P.O. Box 64804 Baltimore, MD 21264-4804 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quest Diagnostics P.O. Box 64804 Baltimore, MD 21264-4804 | | | | | |
| | Radiology and Nuclear Consultants 7808 College Dr. 1SE Palos Heights, IL 60463-1095 | | | | | |
| | Radiology and Nuclear Consultants 7808 College Dr. 1SE Palos Heights, IL 60463-1095 | | | | | |
| | Radiology and Nuclear Consultants 7808 College Dr. 1SE Palos Heights, IL 60463-1095 | | | | | |
| | Radiology and Nuclear Consultants 7808 College Dr. 1SE Palos Heights, IL 60463-1095 | | | | | |
| | Royal Oaks Corp 7322 W. 90th St. Bridgeview, IL 60455 | | | | | |
| | Sallie Mae P.O. Box 9532 Wilkes Barre, PA 18773-9532 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Southwest Infectious Disease c/o KLO Professional Billing 777 Oakmont Lane, Suite 1600 Westmont, IL 60559 | | | | | |
| | Tnb-visa Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Total Water of Baraboo 1501 Lake Street Baraboo, WI 53913 | | | | | |
| | US Bank c/o Messerli & Kramer, P.A. 3033 Campus Dr. #250 Minneapolis, MN 55441 | | | | | |
| | Wells Fargo P.O. Box 98796 Las Vegas, NV 89123 | | | | | |
| | Wells Fargo c/o Baker, Miller, Markoff & Krasny 29 N. Wacker Drive - 5th floor Chicago, IL 60606 | | | | | |
| | Zwicker & Associates, P.C. 80 Minuteman Road Andover, MA 01810-1031 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000012 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000015 | LTD ACQUISITIONS,LLC | | | | | |
| 000010 | ROYAL OAKS CORP | | | | | |
| 000017 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000007 | CHASE BANK USA | | | | | |
| 000006 | CHASE BANK USA NA | | | | | |
| 000008 | CHASE BANK USA,N.A. | | | | | |
| 000002 | DELL FINANCIAL SERVICES, LLC | | | | | |
| 000003 | DISCOVER BANK/DFS SERVICES LLC | | | | | |
| 000004 | DISCOVER BANK/DFS SERVICES LLC | | | | | |
| 000016 | FEDERATED FINANCIAL CORP OF AMERICA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000014 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000001 | TARGET NATIONAL BANK | | | | | |
| 000009 | WELLS FARGO BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 08-29727   JBS   Judge: JACK B. SCHMETTERER | |
| Case Name: RACILA, MARIANNE | |
| For Period Ending: 02/17/12 | |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Date Filed (f) or Converted (c): | 10/31/08 (f) |
| 341(a) Meeting Date: | 12/08/08 |
| Claims Bar Date: | 05/06/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 13180 Raphael Lemont, IL 60439 | 520,000.00 | 8,522.00 | DA | 0.00 | FA |
| 2. Vacant Lot 14945 Angelico Lemont, IL 60439 | 205,000.00 | 75,000.00 | | 76,500.00 | FA |
| 3. Mobile Home 1982 Harmony Lodi, WI | 9,500.00 | 22,500.00 | DA | 22,500.00 | FA |
| 4. Bank Account - Chase Bank Lemont, IL | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 5. Misc. Household Furnishings | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 6. Misc. clothing   Debtor Claimed Exemption | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. Wedding rings | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 8. 51% ownership of Industrial Cleaning Systems 13180 | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. Stock of Environmental Assessment Group, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. Promissory note from Louis A Racilla | 3,900.00 | 0.00 | DA | 0.00 | FA |
| 11. 2006 Buick Lucerne | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | N/A | | 12.85 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $753,900.00 | $109,022.00 | | $99,012.85 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/10      Current Projected Date of Final Report (TFR): 12/31/11

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-29727 -JBS | |
| Case Name: | RACILA, MARIANNE | |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3399 Money Market Account (Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******1177 |
| For Period Ending: | 02/17/12 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/10/09 | 3 | Foremost Insurance Company | Insurance Recovery | 1129-000 | 22,500.00 | | 22,500.00 |
| 08/31/09 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.33 | | 22,500.33 |
| 09/30/09 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.55 | | 22,500.88 |
| 10/30/09 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.56 | | 22,501.44 |
| 11/30/09 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.56 | | 22,502.00 |
| 12/31/09 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,502.57 |
| 01/29/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,503.14 |
| 02/26/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.52 | | 22,503.66 |
| 03/31/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,504.24 |
| 04/30/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.55 | | 22,504.79 |
| 05/28/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,505.36 |
| 05/31/10 | 000101 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 120 NEW ORLEANS, LA 70139 | BLANKET BOND 2/1/10 - 2/1/11 | 2300-000 | | 44.97 | 22,460.39 |
| 06/30/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.56 | | 22,460.95 |
| 07/30/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.56 | | 22,461.51 |
| 08/31/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.58 | | 22,462.09 |
| 09/30/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.55 | | 22,462.64 |
| 10/29/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,463.21 |
| 11/30/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.56 | | 22,463.77 |
| 12/31/10 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,464.34 |
| 01/31/11 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.57 | | 22,464.91 |
| 02/28/11 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.17 | | 22,465.08 |
| 03/08/11 | 000102 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA 70139 | Blanket Bond Premium | 2300-000 | | 13.71 | 22,451.37 |
| 03/31/11 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.19 | | 22,451.56 |
| 04/29/11 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 22,451.74 |

| | | |
|---|---|---|
| Page Subtotals | 22,510.42 | 58.68 |

Ver: 16.05c

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        08-29727 -JBS
Case Name:   RACILA, MARIANNE

Trustee Name:          Phillip D. Levey
Bank Name:             BANK OF AMERICA
Account Number / CD #:      *******3399  Money Market Account (Interest Earn

Taxpayer ID No:  *******1177
For Period Ending:  02/17/12

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/11 | 12 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.20 | | 22,451.94 |
| 06/30/11 | 12 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.18 | | 22,452.12 |
| 07/29/11 | 12 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.19 | | 22,452.31 |
| 08/31/11 | 12 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.19 | | 22,452.50 |
| 09/15/11 | | Greater Illinois Title Company | Real Estate-Sale | | 37,947.56 | | 60,400.06 |
| | 2 | GREATER ILLINOIS TITLE COMPANY | Memo Amount:          76,500.00 | 1110-000 | | | |
| | | | Real Estate-Sale | | | | |
| | | CENTURY 21 KMIECIK | Memo Amount:     (      3,825.00 ) | 3510-000 | | | |
| | | | Real Estate Commission | | | | |
| | | ORR, DAVID D. | Memo Amount:       21,406.56 ) | 4700-000 | | | |
| | | | Real Estate Tax Redemption 2007-09 | | | | |
| | | ORR, DAVID D. | Memo Amount:     (      5,399.54 ) | 2820-000 | | | |
| | | | Real Estate Tax Redemption 2008 | | | | |
| | | LANDMARK ENGINEERING | Memo Amount:     (        650.00 ) | 2500-000 | | | |
| | | | Survey | | | | |
| | | GREATER ILLINOIS TITLE COMPANY | Memo Amount:     (        792.75 ) | 2500-000 | | | |
| | | | Title Charges | | | | |
| | | BARSZCZEWSKA, TOMASZ & HANNA | Memo Amount:     (      2,182.22 ) | 2820-000 | | | |
| | | | Tax Prorations 7/1/10-12/31/10 | | | | |
| | | BARSZCZEWSKA, TOMASZ & HANNA | Memo Amount:     (      3,151.37 ) | 2820-000 | | | |
| | | | Tax Prorations 1/1/11 - 9/9/11 | | | | |
| | | GREATER ILLINOIS TITLE COMPANY | Memo Amount:     (      1,145.00 ) | 2500-000 | | | |
| | | | Seller's Title Charges | | | | |
| 09/30/11 | 12 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.30 | | 60,400.36 |
| 10/31/11 | 12 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.51 | | 60,400.87 |
| 11/06/11 | 000103 | Blackhawk Home Sales, Inc. | Appraisal - Mobile Home | 3711-000 | | 79.13 | 60,321.74 |
| | | 875 Highway 12 | | | | | |
| | | Baraboo, WI  53913 | | | | | |
| 11/30/11 | 12 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.50 | | 60,322.24 |

Page Subtotals        37,949.63        79.13

Ver: 16.05c

FORM 2                                                                                    Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-29727 -JBS | |
| Case Name: | RACILA, MARIANNE | |
| | | |
| Taxpayer ID No: | *******1177 | |
| For Period Ending: | 02/17/12 | |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3399  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/26/11 | 12 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.36 | | 60,322.60 |
| 12/26/11 | | Transfer to Acct #*******6147 | Final Posting Transfer | 9999-000 | | 60,322.60 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 76,500.00 | COLUMN TOTALS | | 60,460.41 | 60,460.41 | 0.00 |
| Memo Allocation Disbursements: | 38,552.44 | Less:  Bank Transfers/CD's | | 0.00 | 60,322.60 | |
| | | Subtotal | | 60,460.41 | 137.81 | |
| Memo Allocation Net: | 37,947.56 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 60,460.41 | 137.81 | |

Page Subtotals          0.36          60,322.60

Ver: 16.05c

FORM 2                                                                                          Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| | |
|---|---|
| Case No: | 08-29727 -JBS |
| Case Name: | RACILA, MARIANNE |
| | |
| Taxpayer ID No: | *******1177 |
| For Period Ending: | 02/17/12 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6147 Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/26/11 | | Transfer from Acct #*******3399 | Transfer In From MMA Account | 9999-000 | 60,322.60 | | 60,322.60 |
| 12/28/11 | 000101 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 8,200.64 | 52,121.96 |
| 12/28/11 | 000102 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 158.60 | 51,963.36 |
| 12/28/11 | 000103 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 18,945.00 | 33,018.36 |
| 12/28/11 | 000104 | TARGET NATIONAL BANK C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Claim 000001, Payment 22.06258% | 7100-900 | | 632.36 | 32,386.00 |
| 12/28/11 | 000105 | Dell Financial Services, LLC c/o Resurgent Capital Services P.O. Box 10390 Greenville, SC 29603-0390 | Claim 000002, Payment 22.06291% | 7100-900 | | 445.00 | 31,941.00 |
| 12/28/11 | 000106 | Discover Bank/DFS Services LLC P.O. Box 3025 New Albany, OH 43054-3025 | Claim 000003, Payment 22.06270% | 7100-900 | | 2,380.66 | 29,560.34 |
| 12/28/11 | 000107 | Discover Bank/DFS Services LLC P.O. Box 3025 New Albany, OH 43054-3025 | Claim 000004, Payment 22.06278% | 7100-900 | | 855.46 | 28,704.88 |
| 12/28/11 | 000108 | PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000005, Payment 22.06275% | 7100-900 | | 1,495.66 | 27,209.22 |
| 12/28/11 | 000109 | Chase Bank USA NA PO BOX 15145 | Claim 000006, Payment 22.06264% | 7100-900 | | 1,607.27 | 25,601.95 |

|  | Page Subtotals | 60,322.60 | 34,720.65 |
|---|---|---|---|

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-29727  -JBS | |
| Case Name: | RACILA, MARIANNE | |
| | | |
| Taxpayer ID No: | *******1177 | |
| For Period Ending: | 02/17/12 | |

| | | |
|---|---|---|
| Trustee Name: | Phillip D. Levey | |
| Bank Name: | BANK OF AMERICA | |
| Account Number / CD #: | *******6147  Checking Account (Non-Interest Earn | |
| | | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Wilmington, DE 19850-5145 | | | | | |
| 12/28/11 | 000110 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000007, Payment 22.06271% | 7100-900 | | 329.95 | 25,272.00 |
| 12/28/11 | 000111 | Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Claim 000008, Payment 22.06294% | 7100-900 | | 40.94 | 25,231.06 |
| 12/28/11 | 000112 | WELLS FARGO BANK N.A.<br>BDD BANKRUPTCY DEPT MAC S4101-08C<br>100 W WASHINGTON ST, PHOENIX, AZ 85003 | Claim 000009, Payment 22.06269%<br>(9-1) D#167731999 BLN | 7100-900 | | 7,221.08 | 18,009.98 |
| 12/28/11 | 000113 | Royal Oaks Corp<br>7322 W. 90th St.<br>Bridgeview, IL 60455 | Claim 000010, Payment 22.06494% | 7100-000 | | 33.98 | 17,976.00 |
| 12/28/11 | 000114 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000011, Payment 22.06280% | 7100-000 | | 560.19 | 17,415.81 |
| 12/28/11 | 000115 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000012, Payment 22.06271% | 7100-000 | | 1,301.06 | 16,114.75 |
| 12/28/11 | 000116 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000013, Payment 22.06274% | 7100-900 | | 1,381.86 | 14,732.89 |
| 12/28/11 | 000117 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809 | Claim 000014, Payment 22.06268% | 7100-900 | | 3,593.39 | 11,139.50 |

Page Subtotals        0.00        14,462.45

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 26)*

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        08-29727  -JBS
Case Name:      RACILA, MARIANNE

Taxpayer ID No: *******1177
For Period Ending: 02/17/12

Trustee Name:       Phillip D. Levey
Bank Name:          BANK OF AMERICA
Account Number / CD #:   *******6147  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/28/11 | 000118 | Oklahoma City, OK 73124-8809 Ltd Acquisitions,LLC 7322 Southwest Freeway Suite 1600 Houston, TX 77074 | Claim 000015, Payment 22.06278% | 7100-000 | | 1,310.75 | 9,828.75 |
| 12/28/11 | 000119 | Federated Financial Corp of America 30955 Northwestern Highway Farmington Hills, MI 48334-2580 | Claim 000016, Payment 22.06266% | 7100-900 | | 4,495.64 | 5,333.11 |
| 12/28/11 | 000120 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000017, Payment 22.06270% | 7100-900 | | 5,333.11 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 60,322.60  60,322.60  0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 60,322.60  0.00 |
|  | | Subtotal | 0.00  60,322.60 |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | 0.00 |
|  | | Net | 0.00  60,322.60 |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 76,500.00 | | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 38,552.44 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | |
| | | Money Market Account (Interest Earn - *******3399 | 60,460.41  137.81  0.00 |
| | | Checking Account (Non-Interest Earn - *******6147 | 0.00  60,322.60  0.00 |
| Total Memo Allocation Net: | 37,947.56 | | ------------------  ------------------  ------------------ |
| | | | 60,460.41  60,460.41  0.00 |
| | | | ==========  ==========  ========== |
| | | | (Excludes Account Transfers)  (Excludes Payments To Debtors)  Total Funds On Hand |

Page Subtotals          0.00          11,139.50

Ver: 16.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-29727  -JBS | |
| Case Name: | RACILA, MARIANNE | |
| Taxpayer ID No: | *******1177 | |
| For Period Ending: | 02/17/12 | |

| | | |
|---|---|---|
| Trustee Name: | Phillip D. Levey | |
| Bank Name: | BANK OF AMERICA | |
| Account Number / CD #: | *******6147  Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Page Subtotals | 0.00 | 0.00 | |

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 28)*

Ver: 16.05c